IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:21-mj-2785 |
| | ) | Judge Trauger |
| RAMON LEIS | ) | |

## ORDER

The defendant has filed *pro se* a Motion to Suppress Evidence (Doc. No. 19). This motion is DENIED AS MOOT. On February 25, 2021, counsel was appointed for this defendant. All filings in this case on behalf of the defendant are to be made by counsel, not by the defendant *pro se*.

The Clerk shall mail a copy of this Order to the defendant where he is presently housed.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE